FILED

APR - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )     Mag. Case No.:  08MJ8271
                                     )
                                     )
                      Plaintiff,     )
                                     )     **FINDINGS OF FACT AND ORDER**
          v.                         )     **REGARDING WAIVER OF**
                                     )     **DETENTION PENDING TRIAL**
Edna Lizaeth LOZANO-Guzman,          )
                                     )
                      Defendant.     )
_____)

        In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142(f), a detention hearing was scheduled for April 1, 2008, to determine whether Edna Lizaeth LOZANO-Guzman should be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter. Assistant United States Attorney Charlotte Kaiser appeared on behalf of the United States. Matthew Hagen of Federal Defenders of San Diego, Inc. appeared on behalf of the Defendant.

        On April 1, 2008, the Defendant knowingly and voluntarily waived his right, on the record and through counsel, to the setting of bail and a detention hearing. Based on that waiver, the Court orders that Defendant be detained pending trial and, if convicted, sentencing in these matters, without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without prejudice of a waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

1

2                                ORDER

3          IT IS HEREBY ORDERED that the Defendant be detained pending trial and, if convicted,

4    sentencing in these matters.

5          IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney

6    General or his designated representative for confinement in a corrections facility separate, to the

7    extent practical, from persons awaiting or serving sentence or being held in custody pending

8    appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with

9    counsel.

10         While in custody, upon order of a court of the United States or upon the request of an

11   attorney for the United States, the person in charge of the correctional facility shall deliver the

12   Defendant to the United States Marshal for the purpose of an appearance in connection with a

13   court proceeding or any other appearance stipulated to by defense and government counsel.

14         This order is made without prejudice to modification by this Court and without prejudice

15   to the Defendant's exercise of his right to bail and a detention hearing at a future date.

16         IT IS SO ORDERED.

17         DATED:  _4-7-08_____.

18

19

20                                          _____
                                            PETER S. LEWIS
                                            UNITED STATES MAGISTRATE JUDGE
21

22   Prepared by:

23   KAREN P. HEWITT
     United States Attorney

24

25   _____
     CHARLOTTE KAISER
26   Assistant U. S. Attorney

27   cc:  Matthew Hagen
          Federal Defenders of San Diego, Inc.
28