FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1158-DMS |
|---|---|
| Plaintiff, | ) INFORMATION |
| v. | ) Title 21, U.S.C., Secs. 952 and |
| EDNA LIZETH LOZANO-GUZMAN, | ) 960 - Importation of cocaine (Felony) |
| Defendant. | ) |

The United States Attorney charges:

On or about March 31, 2008, within the Southern District of California, defendant EDNA LIZETH LOZANO-GUZMAN, did knowingly and intentionally import [5 kilograms or more, to wit:] approximately 26.80 kilograms (58.96 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 15, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John S. Wei*

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
4/15/08