**MARC B. GELLER**
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
State of California Bar No.057083
1202 Kettner Boulevard, Suite 4200
San Diego, California 92101-3342
Telephone:(619) 239-9456
Fax: (619) 239-9334

Attorney for Defendant EDNA LIZETH LOZANO-GUZMAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.: 08CR1158-DMS |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| EDNA LIZETH LOZANO-GUZMAN, | |
| Defendant. | |

IT IS HEREBY CERTIFIED that:

I, MARC B. GELLER, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 1202 Kettner Blvd., Suite 4200, San Diego, California 92101-3343, I am not a party to the above-entitled action. On July 11, 2008, I caused to be electronically filed via the Document Filing System of the United States District Court for the Southern District of California, a copy of SENTENCING SUMMARY CHART, for electronic service to the Office of the United States Attorney for the Southern District of California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 11, 2008                                          s/ Marc B. Geller
                                                                                            MARC B. GELLER